IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PAIGE CASEY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MINUTE CLINIC DIAGNOSTIC OF VIRGINIA, LLC, and CVS HEALTH CORPORATION,**<br><br>**Defendants.** | **Case No. 1:22-cv-01127-TSE-WEF** |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, or Alternatively to Stay, and to Compel Arbitration, and for good cause shown, it is on this ____ day of _____, 20___, hereby ORDERED, that Defendants' motion is GRANTED; and it is further

____ ORDERED, that the Plaintiff's Complaint be and is hereby DISMISSED WITHOUT PREJUDICE, and Plaintiff be and is hereby COMPELLED to submit her claims to arbitration in accordance with the parties' Arbitration Agreement.

[OR]

____ ORDERED, that this action be and is hereby STAYED, and Plaintiff be and is hereby COMPELLED to submit her claims to arbitration in accordance with the parties' Arbitration Agreement.

_____
The Honorable T.S. Ellis, III
Senior United States District Court Judge