# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **PAIGE CASEY,** | |
|        **Plaintiff,** | |
|    **v.** | **Case No. 1:22-cv-01127-CMH-WEF** |
| **MINUTE CLINIC DIAGNOSTIC OF VIRGINIA, LLC, et al.** | |
|      **Defendants.** | |

**DECLARATION OF MARIA BURKE IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT AND TO COMPEL ARBITRATION**

I, MARIA BURKE, hereby declare as follows:

1.      I am currently employed by CVS Health ("CVS") as a Senior Manager, HR Technology, in the HR Shared Services Department. I am over the age of eighteen, have personal knowledge of the facts stated in this declaration, or have knowledge based upon review of corporate records maintained in the regular course of the company's business, and am competent to testify thereto.

2.      In my role, I am familiar with and have access to records in the CVS StarSource Onboarding system. The StarSource Onboarding system is used by new hires and rehires to review and complete pre-hire forms prior to starting their employment with CVS or any of its subsidiaries, affiliates, and/or divisions, including MinuteClinic.  For ease of reference, I will refer to the company as "CVS," which includes MinuteClinic.

3.      In order to review and sign pre-hire forms, new hires and rehires log into the StarSource Onboarding portal using their own unique credentials and personalized password. CVS does not maintain a record of employee passwords.

4.      Using the unique log-in/personalized password, new hires and rehires access the StarSource Onboarding system. An illustrative example of the main page for an employee is annexed hereto as Exhibit 1.[1]  The employee clicks "Start Onboarding Process" and is directed to a landing page that lists each of the pre-hire forms to be reviewed and completed under a header titled "My Tasks."  An illustrative example of the initial "My Tasks" page is annexed hereto as Exhibit 2.

5.      The employee must first complete various tasks that include "Provide Emergency Contact Information," "Provide Self-Identification Information," and the like.  *Id.*  Once the employee gets through those initial activities, the rest of the tasks become available one at a time, including the task of completing the Arbitration Agreement.  The employee has the ability to print the Arbitration Agreement or review it within StarSource.   An illustrative example of the Arbitration Agreement task page is annexed hereto as Exhibit 3.

6.      The Arbitration Agreement is not marked as "completed" until an employee reviews and acknowledges the document. Upon clicking on the Arbitration Agreement, employees are first directed to a page that informs them: "The completion of this task requires the signature of the employee. Please use the space below to draw your signature or upload an image file of your signature. If you choose the upload option, please note that only .PNG, .JPG and .JPEG file types are supported. The signature provided on this step is required to be completed in order to sign the generated PDF document."  An illustrative example of this page is annexed hereto as Exhibit 4.

---

[1] In order to illustrate for the Court what each step in the onboarding process looks like, my colleague Amber ran a "test" with a fictional new hire named "Sam Malone."

7.     The employee advances to the next page in order to view the Arbitration Agreement. In order to fully review the Agreement, the employee must scroll to the bottom and affirmatively check a box stating: "By checking this box, I agree that I have reviewed this document and my electronic signature will be applied as my acknowledgement of receipt of this form." After checking this box, an employee must hit one of two buttons: "Submit" or "Save and Finish Later."  An illustrative example of this acknowledgement and "Submit" page is annexed hereto as Exhibit 5.

8.     If the employee clicks "Submit," the electronic signature that was created is automatically populated in the Arbitration Agreement form, and the date the form was completed is also captured.  As well, the Arbitration Agreement "task" in the status column of the StarSource "My Tasks" page is automatically changed to "completed" with the populated signature and date. If the employee clicks "Save and Finish Later," the document will show as "pending."

9.     When a form that requires a signature is added to the Onboarding system, like the Arbitration Agreement, the Signature and Date "fields" on the form must be mapped/configured to link the electronic signature and current date to the appropriate fields. Unfortunately, in September 2018, when this activity was completed by Paige Casey (then known as Paige Cantfil), the Name field was mapped/configured on the MinuteClinic Arbitration Agreement, but the Signature and Date fields were not properly mapped.  As a result, both the electronic signature and date that should have linked/populated on the form when Ms. Cantfil clicked "Submit" were not captured.  The Arbitration Agreement for Ms. Cantfil is annexed hereto as Exhibit 6.

10.     I have reviewed the Arbitration Agreement in Paige Cantfil's StarSource Onboarding portal. The specific screens relating to the Arbitration Agreement indicate that she completed the "Sign MC Arbitration Agreement" task on September 5, 2018.  Annexed hereto as

Exhibit 7 are true and correct copies of those screens.   Additionally, the status column on her My Tasks page indicates that she "completed" the "Sign MC Arbitration Agreement" task on September 5, 2018 (along with various other tasks).  Annexed hereto as Exhibit 8 is a true and correct copy of Paige Cantfil's My Tasks page indicating that she "completed" the Arbitration Agreement task on September 5, 2018.

11.     In order to have the Arbitration Agreement task marked as "completed" within the StarSource Onboarding portal, Paige Cantfil had to: (1) click through and review the Arbitration Agreement; (2) check the box acknowledging that she reviewed the Arbitration Agreement; and (3) click "Submit" to designate that the Arbitration Agreement was "completed."  The fact that the Arbitration Agreement task is listed as "completed" on September 5, 2018 indicates that she reviewed and acknowledged the Agreement and clicked "Submit" with the intent to apply her electronic signature.  As noted above in paragraph 9, the only reason her signature and the date do not appear on the Agreement is that the signature and date fields had not been properly mapped/configured in the MinuteClinic Arbitration Agreement at that time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this   25   day of October, 2022.

_____
MARIA BURKE

4

# EXHIBIT 1



Welcome to CVS Health - Click Here to Get Started

Job:        Amber MC Test
Owner:    Malone, Sam
Due:
Status:    🕐 pending

Congratulations on your new position with CVS Health!

While navigating through this site you will be asked to complete a series of new hire paperwork that will help expedite your onboarding with CVS Health.

Before you get started please review the below Helpful Tips to ensure you have a seamless onboarding experience.

Helpful Tips:

- To complete a form click the activity name, follow the instructions, then click submit at the bottom of each form.

- If at any point you need to navigate to the home page click the Home Button on the top left of your screen.

If you need any assistance please reach out to your Company Representative or our Career Technical Support team at 1-833-458-0870. Once again welcome to the CVS Health team!

To get started click "Start Onboarding Process"

**Start Onboarding Process**

Related Documents

Select a document:

No documents

View

# EXHIBIT 2



≡  Home                    ♥CVS Health **TEST Site**                              •••  👤

Welcome aboard, Sam!
Congratulations on your new position with CVS Health! We are excited to have you join our team. Before beginning, please be sure to complete your digital signature.

## My Tasks

You have 5 open task(s)

Amber MC Test - 100000000000609 (...    Amber NS-C RCA Test - 100000000000...    Amber Confidentiality TEST - 10000000...

| Task Name | Due Date | Status |
|-----------|----------|--------|
| Provide Emergency Contact Information | | ⏱ Pending |
| Provide Self Identification Information | | ⏱ Pending |
| Provide Veteran and Disability Information | | ⏱ Pending |
| Select Payroll Options | | ✔ Completed |
| Update Your Profile | | ✔ Completed |
| Welcome to CVS Health - Click Here to Get Started | | ✔ Completed |

### Digital Signature

Your digital signature is required to be on file in order to successfully submit your acknowledgment documents.

Click here to add your digital signature.

# EXHIBIT 3



# EXHIBIT 4



Home

♥CVS Health **TEST Site**

## Sign MC Arbitration Agreement

Job:      Amber MC Test
Owner:    Malone, Sam
Due:
Status:   pending

Fields marked with an asterisk (*) are required.

The completion of this task requires the signature of the employee. Please use the space below to draw your signature or upload an image file of your signature. If you choose the upload option, please note that only .PNG, .JPG and .JPEG file types are supported. The signature provided on this step is required to be completed in order to sign the generated PDF document.

We have this electronic signature on file for you. Edit

**Save and Continue**    Save and Finish Later

Previous Step

# EXHIBIT 5



≡ Home

CVSHealth TEST Site

between You and MinuteClinic that is covered by this Agreement ("Covered Claims") will be decided by a single arbitrator through final and binding arbitration only and will not be decided by a court or jury or any other forum, except as otherwise provided in this Agreement.

**2. Claims Covered by This Agreement.** Except as otherwise stated in this Agreement, Covered Claims are any and all legal claims, disputes or controversies that MinuteClinic may have, now or in the future, against an Employee or that an Employee may have, now or in the future, against MinuteClinic, its parents, subsidiaries, successors or affiliates, owners or one of its employees or agents, arising out of or related to the Employee's employment with MinuteClinic or the termination of the Employee's employment. Covered Claims include but are not limited to disputes regarding wages and other forms of compensation, hours of work, meal and rest break periods, seating, expense reimbursement, leaves of absence, harassment, discrimination, retaliation and termination arising under the Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act ("ERISA") (except for claims for employee benefits under any benefit plan sponsored by the Company and covered by ERISA or funded by insurance), Genetic Information Non-Discrimination Act, and other federal, state and local statutes, regulations and other legal authorities relating to employment. Covered Claims also include disputes arising out of or relating to the validity, enforceability or breach of this Agreement, except as provided in the section below regarding the Class Action Waiver.

**3. Claims NOT Covered by This Agreement.** This Agreement does not apply to claims by an Employee for workers compensation, state disability insurance, unemployment insurance benefits or claims for benefits under an employee benefit plan. This Agreement does not prevent or excuse an Employee (either individually or together with others) or MinuteClinic from using the company's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the use of such procedures. This Agreement applies only to legal claims. Thus, it would not apply to a claim by an Employee that MinuteClinic acted improperly or unfairly or inconsistently, if the company's alleged actions did not also violate the Employee's rights under a particular law. This Agreement does not apply to claims raised in litigation pending as of the date an Employee first receives or views this Agreement. This Agreement does not prohibit an Employee or MinuteClinic from filing: a motion in court to compel arbitration; a motion in court for temporary or preliminary injunctive relief in connection with an arbitrable controversy; or an administrative charge or complaint with any federal, state or local office or agency, including but not limited to the U.S. Department of Labor, Equal Employment Opportunity Commission or National Labor Relations Board. Also excluded from this Agreement are disputes that may not be subject to a pre-dispute arbitration agreement as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act or any other binding federal law or legal authority.

**4. Arbitration Proceedings**

**a. Initiation of a Claim.** All claims in arbitration are subject to the same statutes of limitation that would apply in court. To initiate a claim in arbitration, an Employee or MinuteClinic must make a written demand for arbitration and deliver it (i) by hand or first class mail to the other party and (ii) by hand or first class mail or electronically to the American Arbitration Association ("AAA") within the applicable statute of limitations period. Otherwise, the claim will be waived as provided for by applicable law. An Employee may seek assistance from the AAA regarding the initiation of a claim by calling 877-495-4185 or sending an email to casefiling@adr.org

☐ * By checking this box, I agree that I have reviewed this document and my electronic signature will be applied as my acknowledgement of receipt for this form.

Submit    Save and Finish Later

Previous Step

# EXHIBIT 6

**MINUTECLINIC HEALTH ARBITRATION AGREEMENT**

**1. Mutual Agreement to Arbitrate Claims.** The employee named below will be referred to here as "Employee," "You" or "Your". MinuteClinic including its affiliates, successors, subsidiaries and/or parent companies will be referred to here as "MinuteClinic" or "Company". Under this Agreement, inclusive of MinuteClinic, LLC on behalf of itself and its subsidiaries and all of its employees and between each entity managed by MinuteClinic, You and MinuteClinic agree that any dispute between You and MinuteClinic that is covered by this Agreement ("Covered Claims") will be decided by a single arbitrator through final and binding arbitration only and will not be decided by a court or jury or any other forum, except as otherwise provided in this Agreement.

**2. Claims Covered by This Agreement.** Except as otherwise stated in this Agreement, Covered Claims are any and all legal claims, disputes or controversies that MinuteClinic may have, now or in the future, against an Employee or that an Employee may have, now or in the future, against MinuteClinic, its parents, subsidiaries, successors or affiliates, owners or one of its employees or agents, arising out of or related to the Employee's employment with MinuteClinic or the termination of the Employee's employment. Covered Claims include but are not limited to disputes regarding wages and other forms of compensation, hours of work, meal and rest break periods, seating, expense reimbursement, leaves of absence, harassment, discrimination, retaliation and termination arising under the Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act ("ERISA") (except for claims for employee benefits under any benefit plan sponsored by the Company and covered by ERISA or funded by insurance), Genetic Information Non-Discrimination Act, and other federal, state and local statutes, regulations and other legal authorities relating to employment. Covered Claims also include disputes arising out of or relating to the validity, enforceability or breach of this Agreement, except as provided in the section below regarding the Class Action Waiver.

**3. Claims NOT Covered by This Agreement.** This Agreement does not apply to claims by an Employee for workers compensation, state disability insurance, unemployment insurance benefits or claims for benefits under an employee benefit plan. This Agreement does not prevent or excuse an Employee (either individually or together with others) or MinuteClinic from using the company's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the use of such procedures. This Agreement applies only to legal claims. Thus, it would not apply to a claim by an Employee that MinuteClinic acted improperly or unfairly or inconsistently, if the company's alleged actions did not also violate the Employee's rights under a particular law. This Agreement does not apply to claims raised in litigation pending as of the date an Employee first receives or views this Agreement. This Agreement does not prohibit an Employee or MinuteClinic from filing: a motion in court to compel arbitration; a motion in court for temporary or preliminary injunctive relief in connection with an arbitrable controversy; or an administrative charge or complaint with any federal, state or local office or agency, including but not limited to the U.S. Department of Labor, Equal Employment Opportunity Commission or National Labor Relations Board. Also excluded from this Agreement are disputes that may not be subject to a pre-dispute arbitration agreement as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act or any other binding federal law or legal authority.

**4. Arbitration Proceedings**

**a. Initiation of a Claim.** All claims in arbitration are subject to the same statutes of limitation that would apply in court. To initiate a claim in arbitration, an Employee or MinuteClinic must make a written demand for arbitration and deliver it (i) by hand or first class mail to the other party and (ii) by hand or first class mail or electronically to the American Arbitration Association ("AAA") within the applicable statute of limitations period. Otherwise, the claim will be waived as provided for by applicable law. An Employee may seek assistance from the AAA regarding the initiation of a claim by calling 877-495-4185 or sending an email to casefiling@adr.org.

**b. The Written Demand.** The written demand for arbitration must: identify the parties; state the legal and factual basis of the claim(s); and state the specific remedy or damages sought. Any written demand for arbitration made to MinuteClinic must be directed to the Legal Department (ATTN: VP, Employment Law), One CVS Drive, Woonsocket, RI 02895. Any written demand for arbitration to the Employee will be sent to the last home address on file with the Company. The arbitrator will resolve all disputes regarding the timeliness of the demand for arbitration.

**c. Rules and Procedures.** The arbitration will be administered by the American Arbitration Association ("AAA") and will be conducted in accordance with the Employment Arbitration Rules and Mediation Procedures of the AAA ("AAA Rules") then in effect. The AAA Rules can be found at the AAA website (www.adr.org), by calling the AAA at 800-778-7879, or by requesting a copy in writing from the MinuteClinic Senior Director, Human Resources Department. Pursuant to the AAA Rules, the parties will select the arbitrator by mutual agreement and will have the opportunity to conduct discovery, bring dispositive motions, be represented by attorney(s) (or not, as they prefer) and present witnesses and evidence at a hearing. Unless the Employee and MinuteClinic agree otherwise, the location of the arbitration hearing will be no more than 45 miles from the place where the Employee is or was last employed by MinuteClinic. The Federal Rules of Evidence will apply. The arbitrator will follow the substantive law applicable to the case and may award only those remedies that would have been available had the matter been heard in court. Judgment may be entered on the arbitrator's decision and enforced in any court having jurisdiction.

**d.  Costs and Fees.**  MinuteClinic will pay all costs and expenses charged by the AAA or the arbitrator, including but not limited to the arbitrator's fees, except that, for claims an Employee initiates, the Employee will be responsible to pay the claim initiation fee charged under the AAA Rules; however, if the Employee's claim initiation fee exceeds what a court in the jurisdiction would have charged the Employee for filing a lawsuit based on the Employee's claims, then the Employee will be responsible only for the amount that the court would have charged, and MinuteClinic will pay the remaining amount to the AAA.  Each party will pay its own litigation costs and attorneys' fees, if any.  However, if any party prevails on a claim which affords the prevailing party attorneys' fees and litigation costs, the arbitrator is authorized to award attorneys' fees and/or litigation costs under the same standards a court would apply under applicable law.

**5.  Pre-hearing Mediation.**  Prior to the arbitration hearing of any Covered Claim, the Employee and MinuteClinic are encouraged to engage in non-binding mediation under the employment mediation procedures of the AAA. If the parties agree to participate in mediation, MinuteClinic will pay all fees and costs charged by the AAA or the mediator.

**6.  Waiver of Class, Collective and Representative Actions ("Class Action Waiver").**  Employee and MinuteClinic will bring any Covered Claims in arbitration on an individual basis only; Employee and MinuteClinic waive any right or authority for any Covered Claims to be brought, heard or arbitrated as a class, collective, representative or private attorney general action.  This Class Action Waiver does not apply to any claim an Employee brings as a private attorney general solely on the Employee's own behalf and not on behalf of or regarding others.  Notwithstanding any other provision of this Agreement or the AAA Rules, disputes regarding the validity, enforceability or breach of this Class Action Waiver will be resolved only by a civil court of competent jurisdiction and not by an arbitrator.  If, despite this Class Action Waiver, an Employee files or participates in a class, collective or representative action in any forum, the Employee will not be retaliated against, disciplined or threatened with discipline.  However, MinuteClinic will seek enforcement of this Agreement and the Class Action Waiver under the Federal Arbitration Act and seek dismissal of such class, collective or representative actions or claims.

**7.  Your Right to Opt Out of Arbitration.**  Arbitration is not a mandatory condition of Your employment at MinuteClinic. If You wish, You can opt out of this Agreement for a limited time and, by doing so, not be bound by its terms. To opt out, You must mail a written, signed and dated letter stating clearly that You wish to opt out of this Agreement to MinuteClinic c/o CVS Health, P.O. Box 969, Woonsocket, RI 02895. In order to be effective, Your opt out notice must be postmarked no later than 30 days after the date you agree to the Agreement below.

**8.  Other Provisions.**
**a.  Adequate Consideration.** Both parties agree that the promises made in this Agreement by You and by MinuteClinic to arbitrate disputes, rather than litigate them before courts or other bodies, provide good and sufficient consideration for each other.

**b.  Entire Agreement.** This Agreement is the full and complete agreement between You and MinuteClinic relating to the formal resolution of Covered Claims. Neither party is relying on any representations, oral or written, about the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.

**c.  Severability.**  If any portion of this Agreement is adjudged to be unenforceable, the remainder of this Agreement will remain valid and enforceable.  In any case in which (a) a dispute is filed as a class, collective, representative or private attorney general action and (b) there is a final judicial determination that part (but not all) of the Class Action Waiver is unenforceable, the action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Class Action Waiver that is enforceable must be enforced in arbitration.  If the Class Action Waiver is adjudged completely unenforceable, Employees and MinuteClinic agree that this Agreement is otherwise silent as to any party's ability to bring a class, collective or representative action in arbitration.

**d.  Governing Law.** This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and evidences a transaction involving commerce.

**e.  Effective Date and Term.** This Agreement takes effect immediately upon agreement by You and, unless you opt out as specified above, survives the termination of employment with MinuteClinic.

**f.  Non-Retaliation.**  It is against MinuteClinic Agreement for any Employee to be subject to retaliation if he or she exercises his or her right to assert claims under this Agreement or to challenge this Agreement. If an Employee believes that he or she has been retaliated against, the Employee should immediately report the issue to the MinuteClinic Human Resources Department or Ethics Line.  This Agreement does not in any way alter the at-will employment status between Employees and MinuteClinic.

**9.  Statement of Assent and Understanding.** By signing below, You acknowledge that You have carefully read this Agreement, that you understand and agree to its terms, that You have had the chance to ask questions about the Agreement, and that you have had or will have the chance to consult with your own legal counsel before the end of the opt out period described above. You enter into the Agreement voluntarily and not in reliance on any promises or representations made by MinuteClinic other than those in the Agreement itself. You understand that by agreeing to this Agreement and not opting out, You and MinuteClinic are giving up the right to go to court to resolve Covered Claims and

giving up the right to bring or participate in a class, collective or representative action brought on behalf of or regarding others on Covered Claims.

Paige     Cantfil
_____

**Printed Name**

_____

**Signature**

_____

**Date**

# EXHIBIT 7





Onboarding
Sign MC Arbitration Agreement
Hire: Cantfil, Paige
Nurse Practitioner - Alexandria
Owner: Cantfil, Paige
Due:
Status: completed
Sep 5, 2018 8:45 AM

Dashboard
Tasks
View
Create
Reports
Settings
Cantfil, Paige
7902459793003 Nurse Practitioner - Al ...
Reveal 1 Applicants Any Any
Blen A Abdi
Status: Open | Posted: N/A | Summary
Job Details
Applicants [0|0]
Participants
Evaluations
Hotlist
History
Show All applicants with job application status of Any and Rated Any sort by last activity com
Name Status
Paige Cantfil Hired
TS - Sign MC Arbitration Agreement
Applicant : Paige Cantfil
Current Status: Hired
Rate
Other Actions
Print
Please use the Talent Suite to perform any activity related actions.
All Applicant Notes (1)
Add Notes
Completed By Paige Cantfil on 09/05/2018 08:45:21 AM
Last Modified By Paige Cantfil on 09/05/2018 08:45:20 AM
Attached Documents
File Name Uploaded by Upload Date
MinuteClinic Arbitration Agreement SYSTEM 08 Aug 2017 17:05:52 EDT

# EXHIBIT 8

| Activity | User Responsible | Completed by | Date completed |
|---|---|---|---|
| *Hired | Primary HM | Bien A Abdi | 09/04/2018 08:21:26 AM |
| *TS - Welcome to CVS Health | New Hire | Paige Cantfil | 09/05/2018 08:28:56 AM |
| *TS - Profile | New Hire | Paige Cantfil | 09/05/2018 08:29:22 AM |
| *Select Payroll Options | New Hire | Paige Cantfil | 09/05/2018 08:32:16 AM |
| *Provide Emergency Contact Information | New Hire | Paige Cantfil | 09/05/2018 08:35:29 AM |
| *Provide Self Identification Information | New Hire | Paige Cantfil | 09/05/2018 08:32:44 AM |
| *Provide Veteran and Disability Information | New Hire | Paige Cantfil | 09/05/2018 08:34:08 AM |
| *TS - Sign Minute Clinic Confidentiality Agreement | New Hire | Paige Cantfil | 09/05/2018 08:36:59 AM |
| *TS - Sign MC Arbitration Agreement | New Hire | Paige Cantfil | 09/05/2018 08:40:39 AM |
| *TS - Job Description Summary - Nurse Practitioner / Physical Assistant | New Hire | Paige Cantfil | 09/05/2018 08:47:05 AM |
| *TS - 2017 Confidentiality (21) - RCA | New Hire | Paige Cantfil | 09/05/2018 08:47:41 AM |
| *TS-Onboard Complete / First Day Instructions | New Hire | Paige Cantfil | 09/05/2018 08:50:03 AM |
| *TS - Confirm Start Date | Primary HM | Jason Swanson | 09/06/2018 07:38:00 PM |