IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PAIGE CASEY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MINUTE CLINIC DIAGNOSTIC OF VIRGINIA, LLC, and CVS HEALTH CORPORATION,**<br><br>**Defendants.** | **Case No. 1:22-cv-01127-TSE-WEF** |

### DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY TO STAY, AND TO COMPEL ARBITRATION

Come now MinuteClinic Diagnostic of Virginia, LLC and CVS Health Corporation (improperly pleaded as CVS Health, Inc.) (collectively "Defendants"), by and through their undersigned counsel, and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4 and 6, Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and Rule 7 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby move the Court to dismiss the Complaint of Plaintiff Paige Casey, or alternatively to stay this action, and to compel arbitration.

Plaintiff's Complaint must be dismissed, or in the alternative this action stayed, because her claims are subject to mandatory and binding arbitration pursuant to an Arbitration Agreement entered into by the parties on or about September 5, 2018 at the time Plaintiff was hired, which requires arbitration of the employment-related claims Plaintiff asserts in her Complaint. The Arbitration Agreement is explicitly governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*.

("FAA"). In accordance with the FAA, this Court is required to enforce the Parties' Arbitration Agreement and to dismiss, or stay, this action and to compel the Plaintiff to arbitrate her claims. For these reasons, fully explained in the accompanying Brief, Defendants respectfully request dismissal of Plaintiff's Complaint, or alternatively a stay of this action, and request that this Court compel arbitration.

Dated: October 27, 2022            Respectfully submitted,

*/s/ Meredith L. Schramm-Strosser*
Meredith L. Schramm-Strosser, Esquire
VA Bar No. 87984
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
Tel: (202) 842-3400
Fax: (202) 842-0011
Email: MSchramm-Strosser@littler.com

Richard M. DeAgazio, Esquire (*pro hac vice application pending*)
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ 07102
Tel: (973) 848-4733
Fax: (973) 556-1620
Email: RDeAgazio@littler.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2022 Defendants' foregoing Motion to Dismiss, or Alternatively to Stay, and to Compel Arbitration was filed using the Court's CM/ECF system, which caused a copy of same to be served upon Plaintiff's counsel as follows:

Kevin H. Theriot (VA Bar No. 38324)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
ktheriot@ADFlegal.org

-and-

Denise M. Harle (GA Bar No. 176758)
Alliance Defending Freedom
1000 Hurricane Shoals Rd., NE, D1100
Lawrenceville, GA 30043
dharle@ADFlegal.org

*Attorneys for Plaintiff*

/s/ Meredith L. Schramm-Strosser
Meredith L. Schramm-Strosser, Esquire