IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PAIGE CASEY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MINUTE CLINIC DIAGNOSTIC OF VIRGINIA, LLC, and CVS HEALTH CORPORATION,**<br><br>**Defendants.** | Case No. 1:22-cv-01127-TSE-WEF |

## NOTICE OF HEARING

Defendants MinuteClinic Diagnostic of Virginia, LLC and CVS Health Corporation (improperly pleaded as CVS Health, Inc.) (collectively "Defendants"), respectfully submit this Notice of Hearing to schedule for hearing Defendants' Motion to Dismiss, or Alternatively to Stay, and to Compel Arbitration (Dkt 6-8). Please take notice that on or about **Friday, January 6, 2023**, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants MinuteClinic Diagnostic of Virginia, LLC and CVS Health Corporation, by and through their undersigned counsel, will appear before this Court and move this Court for an Order granting its Motion to Dismiss, or Alternatively to Stay, and to Compel Arbitration. Defendants have conferred with Plaintiff, and the parties concur on this hearing date.

November 14, 2022

Respectfully submitted,

LITTLER MENDELSON, P.C.

 /s/ Meredith L. Schramm-Strosser
Meredith L. Schramm-Strosser, Esquire
VA Bar No. 87984
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006

Tel: (202) 842-3400
Fax: (202) 842-0011
Email: MSchramm-Strosser@littler.com

Richard M. DeAgazio, Esquire (*pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ 07102
Tel: (973) 848-4733
Fax: (973) 556-1620
Email: RDeAgazio@littler.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2022 Defendants' foregoing Notice of Hearing was filed using the Court's CM/ECF system, which caused a copy of same to be served upon Plaintiff's counsel as follows:

Kevin H. Theriot (VA Bar No. 38324)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
ktheriot@ADFlegal.org

-and-

Denise M. Harle (GA Bar No. 176758)
Alliance Defending Freedom
1000 Hurricane Shoals Rd., NE, D1100
Lawrenceville, GA 30043
dharle@ADFlegal.org

*Attorneys for Plaintiff*

/s/ Meredith L. Schramm-Strosser
Meredith L. Schramm-Strosser, Esquire

4874-1177-7598.1 / 090142-1399