IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAIGE CASEY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-1127 (PTG/WEF) |
| ) | |
| MINUTE CLINIC DIAGNOSTIC of VIRGINIA, ) | |
| LLC, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss Counts I and II of Plaintiff's Second Amended Complaint ("Motion"). Dkt. 75. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants' Motion (Dkt. 75) is **GRANTED** in full as to Count One (Failure to Accommodate and Disparate Treatment, Title VII of the Civil Rights Act); and it is further

**ORDERED** that Defendants' Motion (Dkt. 75) is **GRANTED** in part as to Count Two (Failure to Accommodate, Virginia Human Rights Act); and it is further

**ORDERED** that Defendants' Motion (Dkt. 75) is **DENIED** in part as to Count Two (Disparate Treatment, Virginia Human Rights Act).

The Court may elect to issue a more extensive memorandum opinion in the future.

Entered this 28th day of September, 2023
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge